UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST EDWARD GAINES,<br><br>                    Plaintiff,<br><br>-against-<br><br>ASTRAZENECA PHARMACEUTICAL, ET AL.,<br><br>                    Defendants. | 21-CV-5323 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 12, 2021, the Court directed Plaintiff to file an amended complaint within thirty days. That order specified that failure to comply would result in dismissal of the complaint for lack of subject matter jurisdiction. Thereafter, the Court granted Plaintiff two extensions of time to amend the complaint. (ECF 18, 20.) Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction.  *See* Fed. R. Civ. P. 12(h)(3).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 1, 2022
            New York, New York

                                                                      /s/ Laura Taylor Swain
                                                                      LAURA TAYLOR SWAIN
                                                                      Chief United States District Judge