UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST EDWARD GAINES,

                    Plaintiff,

-against-

ASTRAZENECA PHARMACEUTICAL,

                    Defendant.

21-CV-5323 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 25, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 25, 2024
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge